IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EX PARTE APPLICATION OF NOVEXCO (CYPRUS) LIMITED, NMLK PENNSYLVANIA CORP. and GENERALI ITALIA, S.P.A. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding** | CIVIL ACTION No. 15-1325 |

*EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. §1782
TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

**NOW INTO COURT**, through undersigned counsel, come Applicants Novexco (Cyprus) Limited ("Novexco"), NLMK Pennsylvania Corp. ("NLMK") and Generali Italia, S.p.A. ("Generali"), and hereby move this Honorable Court for an *ex parte* order pursuant to 28 U.S.C. §1782 directing preservation of evidence, production of documents, and the appearance at depositions of the Master, Chief Engineer, Second Engineer, and/or crewmembers of the M/V FRATZESCOS, a Liberian flag oceangoing bulk carrier owned by Century Shipping & Trading Co. ("Century Shipping") and managed by Rainbow Shipmanagement, S.A. ("Rainbow Shipmanagement") (collectively "Vessel Interests"), which vessel, documents and persons will, on information and belief, be within this judicial district beginning on or about April 24, 2015 *et seq.* to load cargo in the Mississippi River and within this judicial district.

The evidence, documents, and testimony sought in this Application, as detailed in the proposed subpoenas attached as Exhibits 1, 2 and 3 hereto, are for use in imminent judicial proceedings before the High Court of Justice of England and Wales regarding the Vessel Interests' declaration of general average, which is disputed by Novexco, NLMK, and Generali,

1

all as set forth more fully in the accompanying Memorandum in Support of this Application and the supporting Declaration of Stefano Taccioli.

Further, Applicants have previously sought and obtained court-ordered subpoenas from the federal district court for the District of New Jersey regarding certain documents included in the subpoenas requested in this Application, as well as the depositions of certain crew members on the M/V FRATZESCOS (to be conducted after production of the subpoenaed documents). *See Ex Parte Application of Novexco (Cyprus)Limited et al.*, Case No. 15-213 (D. N.J. Mar. 26, 2015).  However, Vessel Interests (on information and belief, as set forth in the Declaration of Michael O'Sullivan attached as Exhibit J to the Memorandum in Support of this Application) have not produced items specifically called for in the District of New Jersey's subpoena (and Applicants hereby reserve their right to seek costs and attorney's fees in the District of New Jersey pursuant to Rule 45 of the Federal Rules of Civil Procedure for Vessel Interests' non-compliance with that court's subpoena).  Moreover, the depositions of the crew were delayed by agreement until after full production of all documents, and the vessel's next port call in New Orleans.

Applicants respectfully request that this Honorable Court issue the proposed Order filed herewith ordering the production of the documents specified in Exhibit A to the subpoena at Exhibit 1, unless otherwise agreed by the parties, on or before April 25, 2015 at 3:00 PM; the depositions of the Master, Chief Engineer and Second Engineer, as sought in the Exhibit 1, 2 and 3 subpoenas, to proceed on April 26 and 27, 2015 (or some time prior to the departure of the M/V FRATZESCOS from the jurisdiction of this Honorable Court); and further directing the United States Marshal for the Eastern District of Louisiana to serve these two subpoenas upon

the Master, Chief Engineer and Second Engineer of the M/V FRATZESCOS (and/or other crew identified in the subpoena for depositions) upon her arrival in port.[1]

Dated:  April 23, 2015

        Respectfully submitted,

        BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.

        By: */s/ Christopher O. Davis*
            Christopher O. Davis, T.A. (LBN 4722)
            James H. Roussel (LBN 11496)
            Christopher M. Hannan (LBN 31765)
            Baker, Donelson, Bearman, Caldwell
            & Berkowitz, PC
            201 St. Charles Avenue, Suite 3600
            New Orleans, LA  70170
            Telephone: (504) 566-5200

        **ATTORNEYS FOR APPLICANTS**

---

[1] Applicants note that a courtesy conformed/CM/ECF-stamped copy of this Application, Memorandum of Law in Support hereof, and all exhibits to both, as well as the contemporaneously filed Motion and Proposed Order to Expedite consideration of same, are being served via email upon Phelps Dunbar, L.P., the New Orleans correspondents for Century Shipping's P&I insurer, the Gard, as indicated in the Equasis file for the M/V FRATZESCOS (Exhibit B to the Memorandum of Law in support of this Application), and the Gard club's list of correspondents.  Likewise, counsel for Applicants has been corresponding with counsel at Phelps Dunbar for several weeks in an effort to reach agreements regarding the discovery sought herein.  In this regard, counsel from Phelps Dunbar have fully and professionally attempted to cooperate regarding the discovery issues before the Court, but without acquiescence/responsiveness from their principals.  On information and belief, any unrecoverable general average amounts involved in the dispute between Applicants and Century Shipping/Rainbow Shipmanagement would potentially be covered by the Century Shipping's P&I cover with the Gard, pursuant to Rule 41.a of the 2015 Gard Rules.  *See* Gard Rules 2015 *available at* http://www.gard.no/ikbViewer/Content/20811922/Rules%202015_web.pdf.